IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Anthony Barber, et al. )
)
Plaintiffs, )
)
v. )
)
The United States, )
)
Defendant. )
)

**APPENDIX A TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

REQUEST TO BECOME PLAINTIFF – INSTRUCTORS

Print clearly, or type the following information:

NAME BARBER Anthony Roy
Last Name, First Middle

HOME ADDRESS RT 3 Box 6504
Hortense GA 31542
City State Zip Code

PHONE (home) (912) 778-5476 (work) (912) 269-2181

EMAIL ADDRESS: anthony.barber@dhs.gov

Indicate agency employer, job title, pay grade, and step for each year:

005 FLETC 12-3 2007 FLETC 12-4
006 FLETC 12-4 2008 FLETC 12-5

SIGNATURE [signature] (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME CAPIO FRED THOMAS
Last Name, First Middle

HOME ADDRESS Fred Caplo 143 Birchwood Cir. Cabot, AR 72023-2586
City State Zip Code

PHONE (home) 501 941 7134 (work) CELL 501 425 4023

EMAIL ADDRESS: FREDCAPIO @ YAHOO. COM

Indicate agency, employer, job title, pay grade, and step for each year:

2005 FLETC GS12-10 * 2007 FLETC GS 12-10 *

2006 FLETC GS12-10 2008

SIGNATURE Fred Caplo (Use additional sheet(s) if necessary).

GS 1801 LAW ENFORCEMENT INSTRUCTOR

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME FEENEY BRYAN ALEXANDER
Last Name, First Middle

HOME ADDRESS 295 Edge Water Drive
Brunswick GA 31525
City State Zip Code

PHONE (home) (912)264-3506 (work) (912)267-3403

EMAIL ADDRESS: Bryan.Feeney@dhs.gov

Indicate agency employer, job title, pay grade, and step for each year:

2005 DHS/FLETC Lead Instructor GS 12/5 2007 DHS/FLETC Senior Instructor GS 13/3

2006 DHS/FLETC Senior Instructor GS 13/2 2008 DHS/FLETC Senior Instructor GS 13/4

SIGNATURE Bryan A. Feeney (Use additional sheet(s) if necessary)

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME FINCH NORMAN R
Last Name, First Middle

HOME ADDRESS 536 FREEDOM TRAIL

BRUNSWICK GA 31525
City State Zip Code

PHONE (home) 912 279 0221 (work) 912 267 2147

EMAIL ADDRESS: Rowe.Finch@dhs.gov

Indicate agency employer, job title, pay grade, and step for each year:

2005 12/3 2007 12/5

2006 12/4 2008 12/5

SIGNATURE Norman R. Finch (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME GLISSON DONALD SCOTT
Last Name, First Middle

HOME ADDRESS 145 TISON Dr
BRUNSWICK GA 31523
City State Zip Code

PHONE (home) (912)265-6802 (work) (912)265-6802

EMAIL ADDRESS: Scott.Glisson@dhs.gov

Indicate agency employer, job title, pay grade, and step for each year:

2005 DHS, INSTRUCTOR, GS 12/1 2007 DHS, INSTRUCTOR, GS 12/2

2006 DHS, INSTRUCTOR, GS 12/3 2008 DHS, INSTRUCTOR, GS 12/4

SIGNATURE [signature] (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME HODGE JAMES QUINTON
Last Name, First Middle

HOME ADDRESS Rt. 3 Box 4302
Hortense GA. 31543
City State Zip Code

PHONE (home) 912-778-5391 (work) 912-267-3437

EMAIL ADDRESS: James, Hodge @ DHS. GOV

Indicate agency employer, job title, pay grade, and step for each year:

2005 GS 12 step 3 2007 GS-12 step 5

2006 GS 12 step 4 2008 # 12 / step 5.

SIGNATURE James Hodge (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME Judy, Richard Todd
Last Name, First Middle

HOME ADDRESS 510 Freedom Trail

Brunswick, GA 31525
City State Zip Code

PHONE (home) (912) 261-0830 (work) (912) 267-2085

EMAIL ADDRESS: Richard.Judy@DHS.GOV

Indicate agency employer, job title, pay grade, and step for each year:

2005 DHS / FLETC GS-13 Step 1 2007 DHS / FLETC GS-13 Step 3

2006 DHS / FLETC GS-13 Step 2 2008 DHS / FLETC GS-13 Step 3

SIGNATURE ________ (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME LAWS MARK W
Last Name, First Middle

HOME ADDRESS 2645 STARling ST.
Brunswick GA 31520
City State Zip Code

PHONE (home) 912-267-0315 (work) 912-267-3412

EMAIL ADDRESS: MARK.LAWS@FLETC.DHS.GOV

Indicate agency employer, job title, pay grade, and step for each year:

2005 ______ 2007 DHS - GS12 step 5

2006 ______ 2008 DHS - GS12 step 5

SIGNATURE ______ (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME Schmidt Daniel Frank
Last Name, First Middle

HOME ADDRESS 206 Lakes Drive

Brunswick Georgia 31523
City State Zip Code

PHONE (home) 912 466-0759 (work) 912 267-2932

EMAIL ADDRESS: Softballfansx4@Hotmail.Com

Indicate agency employer, job title, pay grade, and step for each year:

2005 FLETC DHS GS-12 STEP 7 2007 FLETC DHS GS-13 STEP 3

2006 FLETC DHS GS-13 STEP 2 2008 FLETC DHS GS-13 STEP 4

SIGNATURE Daniel F Schmidt (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

Print clearly, or type the following information:

NAME SCOTT RICHARD H.
Last Name, First Middle

HOME ADDRESS 154 SHERWOOD FOREST CIRCLE

BRUNSWICK GA. 31525
City State Zip Code

PHONE (home) 912-262-0456 (work) 912-267-2450

EMAIL ADDRESS: ScottBosni@Yahoo.com

SENIOR INSTRUCTOR Indicate agency employer, job title, pay grade, and step for each year:

2005 13/4 2007 13-4/13/5

2006 13/4 2008 13/5

SIGNATURE [signature] (Use additional sheet(s) if necessary).

**REQUEST TO BECOME PLAINTIFF – INSTRUCTORS**

rint clearly, or type the following information:

AME Smith Lawrence Richard
Last Name. First Middle

OME ADDRESS 307 Bushoan Road
Brunswick, GA. 31525
City State Zip Code

HONE (home) 912 262 6434 (work)

MAIL ADDRESS:

indicate agency employer, job title, pay grade, and step for each year:

005 DHS FLETC Instructor 12-10 2007 DHS FLETC Instructor 12, 10

006 DHS FLETC Instructor 12-10 2008 DHS CBP Instructor 12-10

SIGNATURE [signature] (Use additional sheet(s) if necessary)

## REQUEST TO BECOME PLAINTIFF – INSTRUCTORS

Print clearly, or type the following information:

NAME WESOLOWSKI, CHRISTOPHER PAUL
Last Name, First Middle

HOME ADDRESS 47 GALLOWAY GROVE

BRUNSWICK, GA 31523
City State Zip Code

PHONE (home) (912) 265-5692 (work) (912) 223-4027

EMAIL ADDRESS: one.asterisk@comcast.net

Indicate agency employer, job title, pay grade, and step for each year:

2005 FLETC, FIREARMS DIVISION GS-1801-12, STEP 7

2006 FLETC, FIREARMS DIVISION GS-1801-12, STEP 7 (THRU 6/12/07)

2007 (1/1 - 6/23) FLETC FIREARMS DIVISION (6/13) GS-1801-12, STEP 8 → THRU END OF YEAR

(6/24 - 12/31) FLETC 2007 ENFORCEMENT OPERATIONS DIV. TACTICS BRANCH

2008 FLETC, ENFORCEMENT OPERATIONS DIV., TACTICS BRANCH GS-1801-12, STEP 8

* ALL YEARS: LAW ENFORCEMENT SPECIALIST (INSTRUCTOR) GS-1801-12/13

SIGNATURE ______________ (Use additional sheet(s) if necessary)