IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY R. BARBER, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-455<br>(Chief Judge Damich) |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 60-day enlargement of time, to and including October 17, 2008, within which to respond to plaintiffs' amended complaint.[1] Our response is currently due on August 18, 2008. We have not previously requested for an enlargement of time for this purpose. Counsel for plaintiffs indicated on July 31, 2008 that plaintiffs are not opposed to this motion.

This 60-day request for enlargement is necessary because Government counsel has not yet received from the agency the litigation report required by 28 U.S.C. § 520(b). Because the litigation report is essential for formulating a response to the amended complaint, counsel for the Government will not be able to respond prior to receiving the report. We anticipate that the 60-day enlargement will provide sufficient time for agency counsel to provide the litigation report and for defendant's counsel to gather necessary information, to review the litigation report, and

[1] Plaintiffs filed their original complaint on June 19, 2008, and filed their first amended complaint on July 21, 2008. RCFC 15(a).

to respond to the amended complaint.

For these reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 60 days, to and including October 17, 2008, within which to respond to plaintiffs' amended complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Reginald T. Blades, Jr.
REGINALD T. BLADES, Jr.
Assistant Director

/s/ Kent C. Kiffner
KENT C. KIFFNER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

August 1, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on August 1, 2008, a copy of the foregoing "Defendant's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent C. Kiffner